UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>          Plaintiff,<br>    v.<br>TERRY REMITZ,<br>          Defendant. | Case No. 20-cv-04594-SVK<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 16 |

Having reviewed Plaintiff's response to the order to show cause (Dkt. 16), the Court continues the order to show cause hearing currently scheduled for March 23, 2021. The parties must file a dismissal by **April 20, 2021**. Failure to file a dismissal by the deadline will require them to appear at an order to show cause hearing on **April 27, 2021 at 1:30 p.m.**

**SO ORDERED.**

Dated: March 17, 2021

SUSAN VAN KEULEN
United States Magistrate Judge