UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>TERRY REMITZ,<br><br>        Defendant. | Case No. 20-cv-04594-SVK<br><br>**ORDER DISMISSING CASE** |

Plaintiff filed his notice of settlement on January 18, 2021. Dkt. 14. The Court ordered that the dismissal be filed by March 16, 2021, and if a dismissal was not filed, the Parties were to appear on March 23, 2021 to show cause as to why the case should not be dismissed. Dkt. 15. On March 16, the Plaintiff represented to the Court that "the Parties have finalized the agreement and are in the process of collecting the signatures and consummating the terms." Dkt. 16. The Parties then requested an additional 30 days to file the dismissal, which the Court granted, ordering that the dismissal be filed by April 20, 2021. Dkt. 17. On April 20, 2021, the Parties instead filed a stipulation to extend the date to file another 10 days to April 30, 2021, citing the same reason as before: additional time to collect signatures. Dkt. 19. The Court denied the Parties' request, noting that "the parties have had more than 90 days to complete settlement and have offered no facts in support of a need for more time" and ordered the Parties to appear on April 27, 2021. Dkt. 20. At the hearing, the Court expressed its concern to Plaintiff's counsel regarding the parade of requests for extensions not supported by facts establishing good cause. Dkt. 21. The Court made it clear, on the record, that plaintiff's oft used boilerplate excuse of "collecting signatures" in two-party actions was not sufficient. *Id.* In deference to counsel's representations made on the record, the Court granted a modest extension to May 7, 2021 for the Parties to file a dismissal or a status report demonstrating good cause to further continue the hearing to May 25, 2021. *Id.* The

Parties, in what is now a flagrant disregard of this Court's orders, filed nothing by the deadline of May 7, 2021. Accordingly, this matter is dismissed with prejudice. The clerk will close the file.

**SO ORDERED.**

Dated: May 10, 2021

SUSAN VAN KEULEN
United States Magistrate Judge